UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK JAMES WARFIELD, | No. 2:23-cv-1546 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| WALT TIBBET, et al., | |
| Defendants. | |

Plaintiff is a former[1] state prisoner proceeding pro se with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. On September 18, 2023, the undersigned issued findings and recommendations recommending that the third amended complaint be dismissed without leave to amend because the allegations in the complaint are duplicative of the allegations raised in Warfield v. Solano Public Defenders Offices, 2:22-cv-0782 TLN JDP (E.D. Cal.). (ECF No. 15 at 3-6.) The findings and recommendations are presently pending before the district court.

---

[1] In the third amended complaint, plaintiff states that he is a civilly committed detainee and a convicted and sentenced state prisoner. (ECF No. 12 at 4.) According to California Department of Corrections and Rehabilitation (CDCR) records, plaintiff is not currently in CDCR custody. See https://inmatelocator.cdcr.ca.gov/Results.aspx. The court may take judicial notice of information stored on the CDCR inmate locator website. See In re Yahoo Mail Litig., 7 F. Supp. 3d 1016, 1024 (N.D. Cal. 2014) (a court may take judicial notice of information on "publicly accessible websites" not subject to reasonable dispute); Louis v. McCormick &Schmick Restaurant Corp., 460 F. Supp. 2d 1153, 1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records). It does not appear that plaintiff is presently under a civil commitment order.

1

Thereafter, plaintiff filed a request to seal dated November 15, 2023.  (ECF No. 28.)  This motion and the documents plaintiff sought to have filed under seal were inadvertently sealed without an order from the court.  (ECF Nos. 28, 29.)  Local Rule 141 provides that "[d]ocuments may be sealed only by written order of the Court, upon the showing required by applicable law."  Accordingly, the court will direct the Clerk of the Court to unseal the motion to seal (ECF No. 28) and will address the motion to seal by separate order.

Accordingly, the Clerk of the Court is ORDERED to unseal ECF No. 28 and docket it as "Motion to Seal."

Dated: December 21, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/warf1546.unseal