UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Broderick James Warfield, | No. 2:23-cv-01546-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Walt Tibbet, et al., | |
| Defendants. | |

This court previously adopted the Magistrate Judge's findings and recommendations and dismissed plaintiff's complaint without leave to amend and entered judgment. *See generally* Findings & Recommendations, ECF No. 15; Order (June 5, 2024), ECF No. 51. Plaintiff moves for reconsideration of that order, seeks the appointment of a special master, moves to supplement the record, and requests permission to use more pages than ordinarily permitted by the local rules. *See generally* Mot. Recons., ECF No. 54; Mot. Appoint Special Master, ECF No. 56; Mot. Suppl., ECF No. 57; Mot. Expand Page Limits, ECF No. 58.

Plaintiff contends in his motion for reconsideration that this court clearly erred by failing to consider the brief filed at ECF No. 50. The court denied his request to file that brief as moot. *See* Order (June 5, 2024) at 3. For that reason, the court denies plaintiff's pending motion for reconsideration. The court also denies plaintiff's other motions and requests, as none shows there is any reason to revisit the matters addressed in this court's previous order and the Magistrate

1

Judge's findings and recommendations. *See* Fed. R. Civ. P. 59(e); *Zimmerman v. City of Oakland*, 255 F.3d 734, 740 (9th Cir. 2001) (discussing and applying legal standard for Rule 59(e) motions).

The motions at ECF Nos. 54, 56, 57 and 58 are **denied**. Any similar future requests and motions will be disregarded.

IT IS SO ORDERED.

DATED: July 3, 2024.

CHIEF UNITED STATES DISTRICT JUDGE